DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

UTILITIES COMM. v. UTILITY CO.

No. 52 PC.

Case below: 30 N.C. App. 336.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 November 1976. Motion of defendant to dismiss appeal allowed 4 November 1976.